## NEW YORK TRUST CO, Tee et v GENERAL STORAGE CO

Ohio Appeals, 8th Dist, Cuyahoga Co

Decided May 20, 1935

Fackler & Dye, Cleveland, for plaintiffs in error.

Krueger, Gorman & Davis, Cleveland, for defendant in error.

For full opinion see 3 OO 156; 50 Oh Ap 366.